STATE v. CRUSE

No. 99 PC.

Case below: 14 N.C. App. 295.

Petition for writ of certiorari to North Carolina Court of Appeals denied 13 June 1972.


STATE v. GRIFFITH

No. 106 PC.

Case below: 14 N.C. App. 177.

Petition for writ of certiorari to North Carolina Court of Appeals denied 13 June 1972.


STATE v. ROYALL

No. 94 PC.

Case below: 14 N.C. App. 214.

Petition for writ of certiorari to North Carolina Court of Appeals denied 13 June 1972.


STATE v. SUTTON.

No. 76 PC.

Case below: 14 N.C. App. 161.

Petition for writ of certiorari to North Carolina Court of Appeals denied 13 June 1972.


WALTON v. MEIR

No. 100 PC.

Case below: 14 N.C. App. 183.

Petition for writ of certiorari to North Carolina Court of Appeals denied 13 June 1972.